# EXHIBIT A

# CONTRACT FOR ADOPTION OF AGREEMENT WITH OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 143

THIS AGREEMENT made and entered into this 14th day of July, 20 03 by and between:

Employer: Imperial Concrete Construction, Inc.

Address: 4101 Colleen Dr., Ste. B

City, State, Zip: Champaign, IL 61822

Telephone: ( 217 ) 352-1692    (Fax) (217) 352-6036

(hereinafter the "EMPLOYER") and Local Union No. 143 of the Operative Plasterers and Cement Masons International Association of United States and Canada (hereinafter the "UNION").

**WHEREAS**, the UNION has entered into Master Collective Bargaining Agreements with various Employer Associations covering construction work within various geographical areas including the counties of: Alexander, Champaign, Clark, Clay, Coles, Crawford, Cumberland, Douglas, Edgar, Edwards, Effingham, Fayette, Ford, Franklin, Gallatin, Hamilton, Hardin, Jackson, Jasper, Jefferson, Johnson, Lawrence, Marion, Massac, Moultrie, Perry, Piatt, Pope, Pulaski, Randolph, Richland, Saline, Shelby, Union, Vermilion, Wabash, Washington, Wayne, White, Williamson and part of Clinton County; and,

**WHEREAS**, the EMPLOYER desires and is willing to adopt the provisions of the above described Master Collective Bargaining Agreements;

**THEREFORE, IT IS HEREBY AGREED** by and between the parties as follows:

1. The EMPLOYER recognizes the UNION as the exclusive majority representative of all employees covered by this Agreement in the bargaining unit set forth in this Agreement pursuant to Section 9 (a) of the Labor Management Relations Act. This majority status has been established by the fact either (1) that the UNION has made an unequivocal demand for recognition as majority representative, the EMPLOYER has unequivocally recognized the UNION as the majority representative and the EMPLOYER'S unequivocal recognition is based on the fact that the UNION has shown the EMPLOYER evidentiary basis of this majority support in the bargaining as described by this Agreement, or (2) by virtue of a National Labor Relations Board Certification that the UNION is the majority representative in the bargaining unit described by the Agreement.

The employees covered by this Agreement shall include all journeymen and apprentice cement masons and plasterers performing work in the following counties: Alexander, Champaign, Clark, Clay, Coles, Crawford, Cumberland, Douglas, Edgar, Edwards, Effingham, Fayette, Ford, Franklin, Gallatin, Hamilton, Hardin, Jackson, Jasper, Jefferson, Johnson, Lawrence, Marion, Massac, Moultrie, Perry, Piatt, Pope, Pulaski, Randolph, Richland, Saline, Shelby, Union, Vermilion, Wabash, Washington, Wayne, White, Williamson and part of Clinton County.

2. The EMPLOYER agrees to be bound to all Master Collective Bargaining Agreements between the UNION and the various Employer Associations in the geographical jurisdiction of the UNION and hereby incorporated herein with the same force and effect as if set forth in full with respect to wages, hours of work, fringe benefits, and all other terms and conditions of employment for all aforesaid cement mason and plasterer employees who are, have been or will become employed by the EMPLOYER. Those Master Collective Bargaining Agreements include the following:

> Agreement between Southern Illinois Building Association (S.I.B.A.) and Cement Masons Local #143 for Heavy/Highway in Washington County, Illinois.
>
> Agreement between Egyptian Contractors Association, Inc. and O.P.C.M.I.A. Local Union No. 143 covering Highway/Heavy Construction in Highway District #9 in Illinois.
>
> Agreement between the Associated General Contractors and O.P.C.M.I.A. Local Union No. #143 covering Highway/Heavy Construction in Highway District #5 in Illinois.
>
> Agreement between Central Illinois Builders of A.G.C. and Cement Masons of O.P.C.M.I.A. Local Union No .#143. (Building & Trade Area 5 in Illinois)
>
> Agreement between S.I.B.A. and O.P.C.M.I.A. Local Union No.#143 for Building Construction. (Cement Masons and Plasterers Area 7 & 9 in Illinois)
>
> Agreement between Central Illinois Builders of A.G.C. and Plasterers of the O.P.C.M.I.A. Local Union No. #143 (Plasterers Area 5 in Illinois)
>
> Agreement between Wabash Valley Contractors Association and Association General Contractors of Illinois and O.P.C.M.I.A. Local Union No. #143 covering Highway/Heavy Utility Construction in District 7 in Illinois.

3. The EMPLOYER agrees to pay the amounts which it is obligated to pay under the aforementioned Master Collective Bargaining Agreements to the Welfare, Defined Benefit and Defined Contribution Pension Plans and all other fringe benefit funds named therein, agrees to become bound by and to be considered a party to the Areements and Declarations of Trust ("Trust Agreements") upon which these funds are based, and acknowledges and agrees to be bound to and by any and all separate agreements with the Trustees of the various funds, or any agreements with the officers of the UNION, as if it has signed the original copy of the Trust instruments and any amendments thereto. The EMPLOYER ratifies and confirms the appointment of all the Employer Trustees, who shall, together with their Successor Trustees, be designated in the manner provided in such Trust Agreements.

4. This Agreement shall become effective upon the date of execution unless otherwise indicated.

5. It is recognized that the EMPLOYER will be bound by the terms and conditions of employment of the above-referenced Master Collective Bargaining Agreements for all work performed within the territorial jurisdiction of the UNION as the date of signing or as may be amended from time to time by the International Union.

6. It is further recognized that the EMPLOYER is bound by the terms and conditions of employment of any other Operative Plasterers and Cement Masons International Association of the United States and Canada Local Union where the EMPLOYER seeks employment.

7. Either party desiring to amend or terminate any of the Master Collective Bargaining Agreement (s) adopted in the Agreement must notify the other in writing at least sixty (60) days and not more than ninety (90) days prior to the expiration of the collective bargaining agreement (s) which it seeks to amend or terminate.

8. The EMPLOYER acknowledges receipt of the latest collective bargaining agreement (s) identified herein.

| EMPLOYER | OPCMIA, LOCAL UNION NO. 143 |
|---|---|
| | 2901 Research Road, P.O. Box 6569 |
| | Champaign, IL 61826-6569 |

_Bill Slade_
Name

_V/P_
Title

_Bill Slade_
Signature

_CHRIS BUTLER_, Business Mgr.

_Chris Butler_
Signature